-1-

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JONATHAN EDWARDS and CARLA EDWARDS**                              **PLAINTIFFS**

**v.**                                    **4:20-CV-01127-BRW**

**SKYLIFT, INC.**                                                        **DEFENDANT**

## JUDGMENT

Based on the Order entered today, August 12, 2021, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of August, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE